IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI, ex rel., ) | | |
| JEREMIAH W. NIXON, ) | | |
| Attorney General of Missouri, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | No. 06-4064-CV-C-SOW | |
| ) | | |
| VICKI LYNN WILLIAMS, Register No. 081537, ) | | |
| ) | | |
| Defendant. ) | | |

## ORDER

On July 5, 2005, the United States Magistrate Judge recommended plaintiff's motion for remand be granted and this case be remanded to the Circuit Court of Cole County, Missouri, and that costs be assessed against defendant Williams. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by defendant on July 31, 2006. The issues raised in defendant's exceptions were adequately addressed in the report and recommendation. Missouri courts have adequate remedies to address Williams' challenge to the application to the Missouri Incarceration Reimbursement Act (MIRA) to her inmate funds, and a federal question has not been plead. The artful pleading doctrine does not alter the result in this case.

Plaintiff is advised that 28 U.S.C. § 1447(d) limits appellate review of the order of remand. She is so notified that if she decides to file an appeal with the United States Court of Appeals for the Eighth Circuit, she will be required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). In Henderson, the Eighth Circuit stated that by filing a notice of appeal, the

prisoner/appellant consents to the deduction of the initial partial appellate filing fee and the remaining installments from the prisoner's account by prisoner officials.

    IT IS, THEREFORE, ORDERED that the Magistrate Judge's July 5, 2006 Report and Recommendation is adopted [5]. It is further

    ORDERED that this case is remanded to the Circuit Court of Cole County, Missouri, and costs are assessed against defendant Williams [4]. It is further

    ORDERED that defendant Williams' motion of July 31, 2006 for leave to add a counterclaim is denied, without prejudice to consideration by the Circuit of Cole County, Missouri [9]. It is further

    ORDERED that defendant Williams' motion of July 31, 2006, for recusal of the United States Magistrate Judge is denied [7].

/s/Scott O. Wright  
SCOTT O. WRIGHT  
Senior United States District Judge

Dated: November 6, 2006

2

Case 2:06-cv-04064-SOW   Document 11   Filed 11/06/06   Page 2 of 2